UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

    Plaintiff,

  v.

ROBERT JACKSON. et al.,

    Defendants.

CASE NO. 2:26-CV-1521-TMC

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation.

(2)  Plaintiff's proposed complaint (Dkt. 1-1) is dismissed without prejudice, the IFP application is denied (Dkt. 1), and this case is closed

(3)  The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 11th day of June, 2026.

                  _____

                  TIFFANY M. CARTWRIGHT
                  United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1